JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEYSHA VAUGHN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DEN-MAT HOLDINGS, LLC, a Delaware Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-02844-SPG-SSC<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [ECF NO. 29]** |

The Court, having considered Plaintiff Lakeysha Vaughn and Defendant Den-Mat Holdings, LLC's Joint Stipulation to Remand (ECF No. 29 ("Stipulation")) and finding good cause thereof, hereby GRANTS the Stipulation and ORDERS that this Action is remanded to Santa Barbara County Superior Court for settlement purposes only. The Court directs the Clerk to close this action.

**IT IS SO ORDERED.**

DATED: July 8, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE